IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

CRIMINAL NO. 2:08CR3

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Vs. | ) | **ORDER OF DISMISSAL** |
| | ) | |
| NORMAN McCOY | ) | |

**THIS MATTER** is before the Court on Defendant's motion to dismiss the appeal of his conviction and sentence entered by the Magistrate Judge filed February 1, 2008.

For the reasons stated,

**IT IS, THEREFORE, ORDERED** that the Defendant's motion to dismiss appeal is **ALLOWED**, and his appeal filed February 1, 2008, is hereby **DISMISSED**.

Signed: March 6, 2008

Lacy H. Thornburg
United States District Judge